# RICHARD J. MA, ESQ.

20 Vesey Street, Ste. 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardmaesq@yahoo.com

July 9, 2024

*Via ECF and E-Mail*
Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted. The status conference scheduled for July 31, 2024 is hereby adjourned to September 6, 2024 at 10:00 a.m.

SO ORDERED.

Hon. Ronnie Abrams
July 10, 2024

Re:   *United States v. Nasheed Charles*
      24 Cr. 225 (RA)

Dear Judge Abrams:

As the Court is aware, I was appointed counsel to Mr. Nasheed Charles in the above-referenced matter, appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. This correspondence is to respectfully request an adjournment of the next status conference (currently July 31, 2024).

Defense counsel in this matter is still in the process of reviewing the discovery materials and we are also engaged in plea negotiations. To allow time for the continued review of discovery, client communications, plea negotiations and preparation of pretrial motions, we respectfully request an adjournment to the week of September 2, 2024, excepting Thursday, September 5. Based upon my communications with A.U.S.A. Henry Ross, the government consents to this request. Finally, in the event that the Court grants this request, the government requests that time be excluded, with no objection from the defense.

2

Thank you. Should the Court have any questions or concerns, or should any further information be required, please do not hesitate to contact the undersigned.

Respectfully submitted,

/s/ Richard J. Ma

Richard J. Ma, Esq.
Counsel to Nasheed Charles

cc via e-mail: A.U.S.A. Henry Ross