# RICHARD J. MA, ESQ.

20 Vesey Street, Ste. 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail:  richardmaesq@yahoo.com

June 12, 2026

Application granted. The status conference is adjourned to August 21, 2026 at 12:00 p.m. Time is excluded until August 21, 2026, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 12, 2026

***Via ECF and E-Mail***
Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *United States v. Nasheed Charles*
        24 Cr. 225 (RA)

Dear Judge Abrams:

As the Court is aware, I was appointed counsel to Mr. Nasheed Charles in the above-referenced matter, appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.   This correspondence is to respectfully request an adjournment of the next status conference (currently June 16, 2026).

Defense counsel in this matter is still in the process of reviewing the discovery materials and engaging in plea negotiations.  To allow time for the continued review of discovery, client communications and plea negotiations, we respectfully request an adjournment to August 12, 2026, or anytime thereafter convenient to the Court.  Based upon my communications with A.U.S.A. Henry Ross, the government consents to this request.  Finally, in the event that the Court grants this request, the government requests that time be excluded, with no objection from the defense.

2

Thank you.    Should the Court have any questions or concerns, or should any further information be required, please do not hesitate to contact the undersigned.

Respectfully submitted,

/s/ Richard J. Ma

Richard J. Ma, Esq.
Counsel to Nasheed Charles

cc via e-mail:  A.U.S.A. Henry Ross

2